# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-60439
USDC No. 3:08-CR-113-1

U.S. COURT OF APPEALS

FILED

SEP 1 1 2009

CHARLES R. FULBRUGE III
CLERK

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

SEP 17 2009

J T NOBLIN, CLERK
DEPUTY

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MILTON B. JOHNSON, also known as Milton R. Johnson, also known as Milton
Burgess, also known as Milton J. Johnson,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi

O R D E R:

Eileen M. Maher, court-appointed counsel for Milton B. Johnson, moves
to withdraw as counsel for Johnson in this direct criminal appeal. Maher asserts
that Johnson has filed a grievance against her with the State Bar of Mississippi,
thereby creating a conflict of interest. In his response to Maher's motion,
Johnson requests that the court grant the motion to withdraw and appoint new
appellate counsel.

Appointed counsel may be relieved upon a showing of "a conflict of interest
or other most pressing circumstances or that the interests of justice otherwise
require relief of counsel." Fifth Cir. Plan Under the Crim. Justice Act, § 5(B).

Maher has shown a conflict of interest. Her motion to withdraw is therefore
GRANTED. Johnson's motion to appoint counsel is GRANTED.

FOR THE COURT:

MICHAEL E. SCHNEIDER
DEPUTY CLERK

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 11, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 09-60439   USA v. Milton Johnson
USDC No. 3:08-CR-113-1



Enclosed is an order entered in this case.

CHARLES R. FULBRUGE III, Clerk

By:
Chris P. Descant, Deputy Clerk
504-310-7704

Mr. David Harrison Fulcher
Mr. Milton B. Johnson
Ms. Eileen M Maher
Mr. J T Noblin
Ms. T Murry Whalen

*Motion Notice - MOT2 (!npman)*