UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.   Criminal No.3:08-CR-113HTW-FKB

MILTON B. JOHNSON

### ORDER GRANTING MOTION TO UNSEAL REDACTED TRANSCRIPT

This cause is before the Court on the motion of the United States of America to unseal a redacted version of the transcript of the plea proceedings in this case for use in the appeal filed by defendant Milton B. Johnson. The Court ordered those proceedings sealed to avoid disclosing "confidential information regarding the defendant's health" that had been divulged during the hearing. The government now seeks to unseal a redacted version of the transcript in order to enforce the plea agreement containing the defendant's appeal waiver provision. Because of the continuing concern about maintaining the confidentiality of the defendant's health, the government seeks only to have a redacted version of the plea transcript unsealed and made available for use in enforcing the parties' plea agreement. Appellate counsel for the defendant, T. Murry Whalen, does not object to the motion or the relief requested.

IT IS THEREFORE ORDERED that transcript of the plea proceedings be made available to counsel and that a redacted plea transcript, removing any reference to the defendant's health, be UNSEALED for use in the appellate proceedings.

SO ORDERED, this the 5th day of April, 2010.

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT